UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BOBBY FRANCIS LOWRY,<br><br>               Petitioner,<br><br>vs.<br><br>CAPTAIN HILDENSTAB;<br>ATTORNEY GENERAL OF THE<br>STATE OF MONTANA,<br><br>               Respondents. | Case No. CV-21-089-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  <u> X </u>  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Respondents and against petitioner.

      Dated this 7th day of January 2022.

                                    TYLER P. GILMAN, CLERK

                                    By: <u>/s/ H. Gauthier</u>
                                    H. Gauthier, Deputy Clerk